IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-04-0156 |
| ALAN SYLVESTER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court are Defendant Alan Sylvester's Motions for Discovery. (ECF Nos. 126, 143.) Sylvester is scheduled to appear for a violation of supervised release hearing in December 2025. (*See* ECF No. 141.) He seeks discovery regarding the allegation that he did not request permission to leave the Northern District of Georgia on October 23, 2024. (*See generally* ECF No. 143.) The Government has explained that it would consent to an order of this Court directing the production of those materials. (ECF No. 142.)

Upon review of Sylvester's Motion and the authority cited therein, the Court will grant the motion and direct the production of the documents requested. However, to the extent there is sensitive information that the United States Probation Office believes should be redacted, it may redact that information provided that it furnishes an unredacted version to the Court for *in camera* review.

Accordingly, it is ORDERED that:

1. Sylvester's Motions for Discovery (ECF Nos. 126, 143) are GRANTED;

2. The United States Probation Office for the Northern District of Georgia SHALL PRODUCE:

    a. Any and all documentation regarding Mr. Sylvester's out-of-state travel requests

and whether those requests were granted;

b. Any and all communications between Mr. Sylvester and his probation officer(s) regarding out-of-state travel; and

c. All information in its possession that is exculpatory of the pending violations.

DATED this 28 day of August, 2025.

BY THE COURT:

James K. Bredar
United States District Judge